# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SANCHEZ, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendants.<br><br>AND ALL RELATED CASES | Case Nos.:  18-CV-1550 TWR (AGS), 19-CV-1108 TWR (AGS), 19-CV-1252 TWR (AGS), 19-CV-2401 TWR (AGS), & 19-CV-2492 TWR (AGS)<br><br>**ORDER TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE CONSOLIDATED** |

Presently before the Court are five cases against the United States of America and/or Dr. Maria Carriedo-Ceniceros,[1] all involving claims for negligence and/or negligence per se, violations of civil rights pursuant to 42 U.S.C. § 1983, conspiracy to violate civil rights under 42 U.S.C. § 1986, and/or premises liability arising from sexual assaults perpetrated by Dr. Leon Fajerman in 2017 while he was employed by the San Ysidro Health Center. The Court can consolidate cases that "involve a common question of law or fact," *see* Fed.

---

[1] *C.K. v. United States*, No. 19-CV-2492 TWR (AGS) (S.D. Cal. filed Dec. 30, 2019); *J.B. v. United States*, No. 19-CV-2401 TWR (AGS) (S.D. Cal. filed Dec. 13, 2019); *M.G. v. United States*, No. 19-CV-1252 TWR (AGS) (S.D. Cal. filed July 8, 2019); *A.M. v. United States*, No. 19-CV-1108 TWR (AGS) (S.D. Cal. filed June 14, 2019); *Sanchez v. United States*, No. 18-CV-1550 TWR (AGS) (S.D. Cal. filed July 6, 2018).

R. Civ. P. 42(a), and can consolidate actions *sua sponte* as part of its broad discretion to manage its caseload.  *See, e.g.*, *Burchinal v. Cent. Wash. Bank (In re Adams Apple, Inc.)*, 829 F.2d 1484, 1487 (9th Cir. 1987).  The Court therefore **ORDERS** the Parties to **SHOW CAUSE** why these cases should not be consolidated for discovery and motions practice. The Parties **SHALL FILE** responses to this Order, not to exceed ten (10) pages, on or before October 29, 2020.

     **IT IS SO ORDERED.**

Dated:  October 22, 2020

_____
Honorable Todd W. Robinson
United States District Court